PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Guy Catrillo                        Cr.: 2:09-CR-673-JLL-01
                                                                              PACTS Number: 55424

Name of Sentencing Judicial Officer: Honorable Jose L. Linares

Date of Original Sentence: 01/22/10

Original Offense: Attempt to Extort Under Color of Official Right

Original Sentence: 18 months incarceration followed by 2 years supervised release; $100 special assessment and $4,000 fine imposed. Special conditions: 1) full financial disclosure; 2) no new debt or additional lines of credit; and, 3) DNA collection.

Type of Supervision: Supervised Release              Date Supervision Commenced: 07/05/11

## PETITIONING THE COURT

[ ]    To extend the term of supervision for      Years, for a total term of      Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

According to the pre-sentence report, Catrillo actively participated in mental health treatment and was prescribed psychotropic medications to treat anxiety and depression during the time the case was pending. Catrillo admitted he still experiences some level of depression, which is also supported by statements made by his mother.

                                                                   Respectfully submitted,

                                                           By: Adriana Garcia
                                                                     U.S. Probation Officer
                                                                       Date: 07/14/11

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____7-19-11_____
Date