UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :      Crim. No. 09-673 (JLL)


          v.                  :      Hon. Jose L. Linares,
                                     United States District Judge

GUY CATRILLO               :      ORDER


     This matter having come before the Court on the motion of
defendant Guy Catrillo, for an order terminating his supervised
release; and the United States of America (Paul J. Fishman,
United States Attorney, by Vikas Khanna, Assistant U.S. Attorney,
appearing) having opposed this motion; and the Court having read
the submissions of the parties and having reviewed the record in
this matter; and for good cause shown,

     It is on this 2Y day of September, 2012

     ORDERED that defendant Guy Catrillo's motion to terminate
his supervised release be denied.


                              HON. JOSE L. LINARES
                              United States District Judge